

ORIGINAL  * original



2015 OCT 23  PM 3: 24
TS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **IMRAN QURASHI** | § |
| **PLAINTIFF:** | § |
| | §CASE NO: 4:15-cv-00784-A |
| -vs.- | § |
| **PAMELA BATES** | § |
| **DEFENDANT** | § |
| | § |
| | § |

## DEFENDANT PAMELA BATES MOTION FOR SANCTIONS

Defendant Pamela Bates asks the court to impose appropriate sanctions against Judge Roy Kurban, Judge Matt Hayes and Imran Qurashi for filing a

(A) groundless Judgment in violation of Texas Rule of Civil Procedure 13.

(B) frivolous Judgment in violation of Texas Civil Practice & Remedies Code section 10.001.

### A.  Introduction

1.  Plaintiff is Imran Qurashi defendant is Pamela Bates.

2.  Plaintiff sued defendant for Non Payment of Rent.

3.  Presiding Judge was Roy Kurban.

4. Disposition Judge Matt Hayes.

### B.  Facts

4.  On October 9th 2015 Defendant was served a summons to Justice of the Peace Precinct 7 Tarrant County Judge Matt Hayes Presiding to appear on October 20th, 2015 at 9:00 am, Imran Qurashi filed a Suit to Evict.

5.  On October 19th, 2015 Defendant Pamela Bates Removed cause no: from the Justice of the Peace Precinct 7 Tarrant County, To Case Number 4:15-cv-00784-A in the Northern District Court of Texas, Fort Worth Division which  this case is still in the Federal Court.

6. Defendant Pamela Bates than noticed all parties on October 19th, 2015 involved that the case from Justice of the Peace Precinct 7 Tarrant County cause number Jp07-15-E00079953 has been removed to Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A.

7. On October 20th Defendant went to the Justice of the Peace Precinct 7 Tarrant County and when court went into session the defendant's case was called before the court by Judge Roy Kurban which in Fact does not have either a Bond or an Oath placed with the Secretary of State.

8. Defendant Pamela Bates was asked what she had to say by Judge Roy Kurban Defendant Pamela Bates said to the Judge" Your Honor have you read my Notice to removal to the Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A. The Judge walked out of the court room for a few minutes than came back in and said where you did get this Non Sense its bad advice and then the Judge Ruled against the Defendant Pamela Bates.

9. Defendant also had Challenged Subject Matter Jurisdiction in which the Justice of the Peace Court never proved. Proven Subject Matter Jurisdiction cannot come out of the mouth of the Judge.

10. Defendant Pamela Bates attaches affidavits to this motion to establish facts not apparent from the record and incorporates them by reference.

### C. Groundless Judgment Under Rule 13

11. The court can impose sanctions on a person who signed a Judgment in violation of Texas Rule of Civil Procedure 13. *"Groundless rulings - TRCP 13," ch. 5-J, §5.2.2, p. 292.*}

12. A judgment is sanctionable under Rule 13 if it is groundless and was brought in bad faith or for the purpose of harassment. Tex. R. Civ. P. 13; *GTE Comm. Sys. Corp. v. Tanner*, 856 S.W.2d 725, 731 (Tex. 1993); *see Able Sup. Co. v. Moye*, 898 S.W.2d 766, 772 (Tex. 1995). A groundless judgment is one that has no basis in law or fact and is not warranted by a good-faith argument for the extension, modification, or reversal of existing law. Tex. R. Civ. P. 13; *GTE*, 856 S.W.2d 730; *Trimble v. Itz*, 898 S.W.2d 370, 373 (Tex. App.—San Antonio 1995), *writ denied*, 906 S.W.2d 481 (Tex. 1995). {*See O'Connor's Texas Rules, "Groundless pleadings - TRCP 13," ch. 5-J, §5.2.2, p. 292.*}

13. The standard for reviewing whether a judgment is groundless is objective: Did the party and the Judge make a reasonable inquiry into the legal and factual basis of the claim? The reasonableness of the inquiry is judged by the facts available and the circumstances present at the time the party filed the pleading. *Tarrant Cty. v. Chancey*, 942 S.W.2d 151, 155 (Tex. App.—Fort Worth 1997, no writ). {*See O'Connor's Texas Rules, "Objective test - groundless," ch. 5-J, §5.2.2(1), p. 292.*}

10. {*Adverse party*} filed the groundless pleading in bad faith and for the purpose of harassment. Therefore, {*adverse party*} is subject to sanctions. *See GTE*, 856 S.W.2d at 731. Specifically, {*adverse party*} {*describe acts that constitute bad faith and explain why pleading is groundless*}.

### D. Frivolous Pleading Under Tex. Civ. Prac. & Rem. Code §10.001

11. The court can impose sanctions on the attorney or the party represented by the attorney who signed a pleading, motion, or other paper in violation of Texas Civil Practice & Remedies Code section 10.001. Tex. Civ. Prac. & Rem. Code §10.004(a). {*See **O'Connor's Texas Rules***, "*Frivolous pleadings - CPRC ch. 10,*" *ch. 5-J, §5.2.1, p. 292.*}

### {*CHOOSE APPROPRIATE PARAGRAPHS 12-15*}

12. A pleading is frivolous when presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. Tex. Civ. Prac. & Rem. Code §10.001(1). {*Adverse party*}'s pleading is frivolous because {*describe how the pleading is intended to harass or cause unnecessary delay or expense*}. Therefore, {*adverse party*} is subject to sanctions.

13. A pleading is frivolous unless each claim, defense, or other legal contention is warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law. Tex. Civ. Prac. & Rem. Code §10.001(2). {*Adverse party*}'s pleading is frivolous because {*explain why a claim, defense, or contention is not warranted by existing law or is a frivolous argument for extension, modification, or reversal of existing law or the establishment of new law*}. Therefore, {*adverse party*} is subject to sanctions.

14. A pleading is frivolous unless each allegation or factual contention has evidentiary support or, for a specifically identified allegation or factual contention, is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery. Tex. Civ. Prac. & Rem. Code §10.001(3). {*Adverse party*}'s pleading is frivolous because {*explain why an allegation or factual contention has no evidentiary support or is unlikely to have evidentiary support*}. Therefore, {*adverse party*} is subject to sanctions.

15. A pleading is frivolous unless each denial of a factual contention is warranted by the evidence or, for a specifically identified denial, is reasonably based on a lack of information or belief. Tex. Civ. Prac. & Rem. Code §10.001(4). {*Adverse party*}'s pleading is frivolous because {*specify the denial that is not warranted by the evidence or reasonably based on lack of information or belief*}. Therefore, {*adverse party*} is subject to sanctions.

### E. Groundless Pleading Under Tex. Civ. Prac. & Rem. Code §9.011

14. The court can impose sanctions on the Judge or party who signed a pleading, motion, or other paper in violation of Texas Civil Practice & Remedies Code section 9.011. Tex. Civ. Prac. & Rem. Code §9.012(a). {*See O'Connor's Texas Rules*, *"Groundless pleadings - CPRC ch. 9," ch. 5-J, §5.2.3, p. 292.*}

15. The court may sanction a party for filing pleadings, judgments that are (1) groundless and (2) brought in bad faith, brought for the purposes of harassment, or interposed for any improper purpose (*e.g.*, to cause delay or needless increase in cost of litigation). *Elkins v. Stotts-Brown*, 103 S.W.3d 664, 668 (Tex. App.—Dallas 2003, no pet.); *Herrmann & Andreas Ins. Agency, Inc. v. Appling*, 800 S.W.2d 312, 320 (Tex. App.—Corpus Christi 1990, no writ). {*See O'Connor's Texas Rules*, *"Groundless pleadings - CPRC ch. 9," ch. 5-J, §5.2.3, p. 292.*}

16. Imran Qurashi, Judge Roy Kurban, Judge Matt Hayes, Judgment violates Section 9.011 because (1) it is groundless and (2) it was {*brought in bad faith/brought for the purposes of harassment/interposed for an improper purpose*}. Defendant Pamela Bates Brought before the Justice of The Peace the Notice of Removal To Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A.. , In which Jurisdiction had been removed from the Justice Of The Peace.

17. Defendant Pamela Bates also had Challenged Subject Matter Jurisdiction in which the Justice of the Peace Court never proved. Proven Subject Matter Jurisdiction cannot come out of the mouth of the Judge.

18. Once Jurisdiction is challenged the court cannot proceed when it clearly appears that the court lacked jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action " Melo v. US, 505 F2d 1026.

F.  Sanctions

19. Defendant Pamela Bates asks the court to impose the following sanctions on Imran Qurashi, Judge Roy Kurban, Judge Matt Hayes.

    f.  A penalty to be paid into the court. Tex. Civ. Prac. & Rem. Code §10.004(c)(2

20. The sanction of Imran Qurashi, Judge Roy Kurban, Judge Matt Hayes, has a direct relationship to the offensive conduct and is not excessive. *Spohn Hosp. v. Mayer*, 104 S.W.3d 878, 882 (Tex. 2003). {*Elaborate.*}  {*See O'Connor's Texas Rules*, *"Request sanction," ch. 5-J, §8.2.3, p. 298.*}

### H.  Hearing

24.  The court should set this motion for a hearing, given Imran Qurashi, Judge Roy Kurban, Judge Matt Hayes the opportunity to meet its burden of proof, and give Pamela Bates the opportunity to present evidence in response.

### I.  Conclusion

25.  Therefore Defendant Pamela Bates Motions this Court to impose the Sanctions on the Paties Of Imran Qurashi, Judge Roy Kurban, Judge Matt Hayes.

### J.  Prayer

26.  For these reasons, Pamela Bates asks the court, after a hearing, to impose sanctions on Imran Qurashi, Judge Roy Kurban, Judge Matt Hayes.

### CERTIFICATE OF SERVICE

I certify that a copy of DEFENDANT PAMELA BATES MOTION FOR SANCTIONS, And Proposed Order was served on Plaintiff Imran Qurashi and Judge Matt Hayes and Judge Roy Kurban. By Pamela Bates, by telephonic document transfer to fax number 817 850-2345, on 10/23/2015 to the Justice of the Peace Court Precinct 7 Tarrant County, before 5:00 p.m. local time of the recipient.

Also I certify that a copy of DEFENDANT PAMELA BATES MOTION FOR SANCTIONS, And Proposed Order was served on Plaintiff Imran Qurashi by personal delivery by Myself on October 23rd , 2015.

Pamela Bates

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IMRAN QURASHI                    §
**PLAINTIFF:**                   §
                                 §CASE NO: 4:15-cv-00784-A
-vs.-                            §
PAMELA BATES                     §
**DEFENDANT**                    §
                                 §

<u>ORDER ON PAMELA BATES MOTION FOR SANCTIONS</u>

    After considering Pamela Bates Motion for Sanctions

        (B) , the response, and the evidence on file, the court

    DENIES the motion.

    GRANTS the motion and Sanctions against Imran Qurashi and Judge Matt Hayes and Judge Roy Kurban as the court allows.

SIGNED on _____, 200__.


_____
PRESIDING JUDGE- John McBryde

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IMRAN QURASHI           §
**PLAINTIFF:**          §
                        §        CASE NO: 4:15-cv-00784-A
-vs.-                   §
                        §
PAMELA BATES            §
**DEFENDANT**           §
                        §

### DEFENDANTS ORIGINAL PETITION, APPLICATION FOR
### TEMPORARY RESTRAINING ORDER, & REQUEST FOR DISCLOSURE

### A.  Discovery Control Plan

1.   Defendant intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3 because defendant intends to conduct discovery under Level 1 of Texas Rule of Civil Procedure 190.2 because this suit involves only monetary relief totaling $50,000 or less, excluding court costs, prejudgment interest, and attorney fees.

### B.  Parties

2.   Plaintiff, Imran Qurashi in *which plaintiff brings suit, as an individual,* is a resident of Tarrant County, Texas

3. Defendant Pamela Bates in which defendant is an individual and a resident of Tarrant County.

### C.  Jurisdiction

4.   The court has jurisdiction over the lawsuit because the case was removed from Justice of the Peace Precinct 7 Tarrant County cause number Jp07-15-E00079953 to the Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A on October 19th, 2015..

### E. Facts

5.   On October 9th 2015 Defendant was served a summons to Justice of the Peace Precinct 7 Tarrant County Judge Matt Hayes Presiding to appear on October 20th, 2015 at 9:00 am, Imran Qurashi filed a Suit to Evict.

6.   On October 19th, 2015 Defendant Pamela Bates Removed cause no: from the Justice of the Peace Precinct 7 Tarrant County, To Case Number 4:15-cv-00784-A in the Northern District Court of Texas, Fort Worth Division which  this case is still in the Federal Court.

7. Defendant Pamela Bates than noticed all parties on October 19th, 2015 involved that the case from Justice of the Peace Precinct 7 Tarrant County cause number Jp07-15-E00079953 has been removed to Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A.

8. On October 20th Defendant went to the Justice of the Peace Precinct 7 Tarrant County and when court went into session the defendant's case was called before the court by Judge Roy Kurban which in Fact does not have either a Bond or an Oath placed with the Secretary of State.

9. Defendant  Pamela Bates was asked what she had to say by Judge Roy Kurban Defendant Pamela Bates said to the Judge" Your Honor have you read my Notice to removal to the Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A.  The Judge walked out of the court room for a few minutes than came back in and said where you did get this Non Sense its bad advice and then the Judge Ruled against the Defendant Pamela Bates.

10. Defendant also had Challenged Subject Matter Jurisdiction in which the Justice of the Peace Court never proved. Proven Subject Matter Jurisdiction cannot come out of the mouth of the Judge.

11.. Plaintiff attaches an affidavit that proves the allegations in this application for injunctive relief and incorporates it by reference.

### F. Count 1 – Suit For Eviction

12. On October 9th 2015 Defendant was served a summons to Justice of the Peace Precinct 7 Tarrant County Judge Matt Hayes Presiding to appear on October 20th, 2015 at 9:00 am, Imran Qurashi filed a Suit to Evict.

13.. On October 19th, 2015 Defendant Pamela Bates Removed cause no: from the Justice of the Peace Precinct 7 Tarrant County, To Case Number 4:15-cv-00784-A in the Northern District Court of Texas, Fort Worth Division which  this case is still in the Federal Court.

14. Defendant Pamela Bates than noticed all parties on October 19th, 2015 involved that the case from Justice of the Peace Precinct 7 Tarrant County cause number Jp07-15-E00079953 has been removed to Northern District Court of Texas, Fort Worth Division case no: 4:15-cv-00784-A.

15. Defendant asks the court to order the plaintiff not to proceed on the writ of possession until the Justice of the Peace has Jurisdiction and only has proven that they have jurisdiction to proceed forward with the Suit to evict and the writ of possession and to *prevent plaintiff from coming within 100 feet of Defendant and said property*

16. It is probable that Defendant will recover from plaintiff after a trial on the merits because the Justice of the Peace Court never had jurisdiction to order the judgment against the Defendant.

17. If Defendants application is not granted, harm is imminent because Plaintiff has violated the defendants Civil Rights Title 28§ 1441-1446.

18. The harm that will result if the temporary restraining order is not issued is irreparable because defendant's possessions will be moved out into the yard and items will be damaged or even taken.

19. Plaintiff has no adequate remedy at law because the Justice of the Peace Precinct 7 Tarrant County had no jurisdiction to make a judgment when in fact the case was removed to The Northern District Court of Texas and is currently in the Northern district Court of Texas.

20. Plaintiff is willing to post bond.

## K.  Conditions Precedent

21. All conditions precedent to Defendants claim for relief have been performed or have occurred.

## M.  Prayer

22. For these reasons, plaintiff asks that defendant be cited to appear and answer and, on final trial, that plaintiff have judgment against defendant for:

  b.   Temporary restraining order and injunction.

  g.   All other relief to which defendant is entitled.

## I.  Request for Permanent Injunction

23. Defendant asks the court to set her request for a permanent injunction for a full trial on the merits and, after the trial, issue a permanent injunction against defendant.

## G.  Application for Temporary Restraining Order

24. Defendants application for a temporary restraining order is authorized by An ex parte order, without notice to defendant, is necessary because there was not enough time to give notice to defendant, hold a hearing, and issue a restraining order before the irreparable injury, loss, or damage occurs.  Specifically, Plaintiff is moving forward on a writ of possession from a Judgment rendered by the Justice of the peace precinct 7 Tarrant county, in which the case was removed before the Judgment was rendered to this court.

3.   Therefore, by this order, the court does the following:

    a.   Restrains Plaintiff Imran Qurashi, from moving forward on a writ of possession from a judgment rendered from the Justice of the peace precinct 7 Tarrant county on October 20th, 2015 cause number Jp07-15-E00079953.

    b.   Orders the clerk to issue notice to Plaintiff, Imran Qurashi, that the hearing on Defendants application for temporary injunction is set for October 27th, 2015, at 10:00 a.m./p.m.  The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

    c.   Sets bond at _____.

This order expires on _____, 2015.

SIGNED on _____, 2015, at _____ a.m./p.m.


_____
PRESIDING JUDGE John McBryde

## CERTIFICATE OF SERVICE

I certify that a copy of DEFENDANTS ORIGINAL PETITION, APPLICATION FOR
TEMPORARY RESTRAINING ORDER, & REQUEST FOR DISCLOSURE

was served on Imran Qurashi as plaintiff, through Defendant Pamela Bates, by

(C) personal delivery by My agent on 10/23/15.

Pamela Bates

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI | § | |
| **PLAINTIFF:** | § | |
| | § | CASE NO: 4:15-cv-00784-A |
| -vs.- | § | |
| | § | |
| PAMELA BATES | § | |
| **DEFENDANT** | § | |
| | § | |

# <u>AFFIDAVIT OF FACTS</u>

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned,

And, after being duly sworn, deposed and states under oath, as follows:

1

1.  I am over the age of (18); I have not been convicted of a crime of moral turpitude and have personal
    firsthand knowledge of the facts contained in this affidavit.
    I am stating that all submitted into this court are true facts based upon the best of my knowledge.

### CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the above foregoing Affidavit of Facts has been
served upon the following Defendants by regular mail and certified mail, Return receipt requested, on this _23rd_
Day of October 2015.


I hereby swear or affirm, under penalty of perjury, that all information on this affidavit is true and correct.

_Pamela Bates_ _____ Date _10/23/15_ _____

Signature

Subscribed and sworn to before me by _____ _Pamela Bates_ _____ on the

_23 rd_ day of _OCT_ _____, _2015_ ___. Witness my hand and official seal.

My commission expires: _12 - 2 . 15_ _____ _Clay_ _____

Notary Public

```
        ****NOTARY PUBLIC****
              CLAY ARWINE
              Notary Public
             STATE OF TEXAS
        Commission Expires 12/02/2015
```

Pamela Bates

520 Fossil Lake Ct

Arlington, Tx 76002


Imran Qurashi

1912 Laurel Oak Ct

Arlington, TX  76001

2

CAUSE NO: JP07- 15-E00079953

FILED
US. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2015 OCT 19  AM 10: 44

CLERK OF COURT

Exhibit B

EVIDENCE

| | |
|---|---|
| IMRAN QURASHI | JUSTICE OF THE PEACE |
| PLAINTIFF | PRECINCT 7 |
| - V - | TARRANT COUNTY, TEXAS |
| PAMELA BATES | JUDGE MATT HAYES |
| DEFENDANT | |

# AFFIDAVIT OF FACTS

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned,

And, after being duly sworn, deposed and states under oath, as follows:

1.  I am over the age of (18); I have not been convicted of a crime of moral turpitude and have personal
    firsthand knowledge of the facts contained in this affidavit.

1

2. Landlord is charging late fees on the 2nd day of the month which is against Texas Property Code §92.019 which prohibits assessing a late fee until rent has remained unpaid for atleast one full day after the date on which the rent is due.

3. Landlord which charging $25.00 Dollar Late Fee on the second day and then $25.00 per day afterwards.

4. I Pamela Bates, a natural living soul, I am stating that the Landlord Imran Qurashi sworn compliant is not true.

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the above foregoing Affidavit of Facts has been served upon the following Defendants by regular mail and certified mail, Return receipt requested, on this _19_ Day of October 2015.

I hereby swear or affirm, under penalty of perjury, that all information on this affidavit is true and correct.

_Pamela Bates_ Date _10/19/15_

Signature

Subscribed and sworn to before me by _Pamela Bates_ on the

_19_ day of _OCT_ , _2015_ . Witness my hand and official seal.

My commission expires: _12-2-15_

Notary Public

CLAY ARWINE
Notary Public
STATE OF TEXAS
Commission Expires 12/02/2015

Pamela Bates

520 Fossil Lake Ct

Arlington, Tx 76002

Imran Qurashi

1912 Laurel Oak Ct

Arlington, TX 76001

2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### *FORT WORTH DIVISION*

IMRAN QURASHI
Plaintiff

v.

Civil Action No.

PAMELA BATES
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,
PAMELA BATES- DEFENDANT

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any
publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations,
guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are
financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

IMRAN QURASHI, PAMELA BATES, TARRANT COUNTY  TEXAS, JUSTICE OF THE
PEACE PRECINCT 7

Date:

Signature: _Pamela Bates_

Print Name: _____

Bar Number: _____

Address: _____

City, State, Zip: _____

Telephone: _____

Fax: _____

E-Mail: _____

NOTE: To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

CAUSE NO: JP07- 15-E00079953

EVIDENCE

IMRAN QURASHI
PLAINTIFF
- V -
PAMELA BATES
DEFENDANT

JUSTICE OF THE PEACE
PRECINT 7
TARRANT COUNTY,  TEXAS
JUDGE MATT HAYES

## CHALLENGE TO SUBJECT MATTER JURISDICTION

Comes now Pamela Bates Defendant, and files this, her Special Appearance, Defendant's Original Answer, and General and Verified Denial and Demand for Strict Proof, , and Challenge To Jurisdiction, and in support would show:

### Challenge to Subject Matter Jurisdiction

### A.    *CHALLENGE IS TIMELY*
This instant challenge to the subject matter jurisdiction of this court is timely raise.

> Subject-matter jurisdiction cannot be waived, and it may be raised at any point in the proceeding. Alfonso v. Skadden, 251 S.W.3d 52, 55 (Tex. 2008) (per curiam); OAIC Commercial Assets, L.L.C. v. Stonegate Village, L.P., 234 S.W.3d 726, 735 (Tex. App.-Tarrant  2007, pet. denied).

> Subject-matter jurisdiction cannot be waived, and can be raised at any time. Univ. of Tex. Sw. Med. Ctr. at Tarrant   v. Loutzenhiser, 140 S.W.3d 351, 358 (Tex. 2004). Because the trial court lacked subject-matter jurisdiction to enter the custody provisions in the 1999 divorce decree, it properly refused to enforce that portion of the decree here.

### B. *CHALLENGE NEGATES JURISDICTION*
By the above, defendant challenges the subject matter jurisdiction of this court.  Therefore, this court now is without jurisdiction.

> "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." Melo v. US, 505 F2d 1026.

Statement of Facts

### C. COURT MUST PROVE JURISDICTION

Petitioner demands that this court prove up its authority to rule in the instant matter.

> Subject matter jurisdiction is an essential part of the authority of a court to decide a case, and it is never to be presumed and cannot be waived. Tex. Ass'n of Bus. v. Tex. Air Control Bd., 852 S.W.2d 440, 443-44 (Tex. 1993). The reviewing court determines whether subject matter jurisdiction exists as a question of law, subject to de novo review. Mayhew v. Town of Sunnyvale, 964 S.W.2d 922, 928 (Tex. 1998).

### D. PETITIONER INSUFFICIENT TO ESTABLISH JURISDICTION

Petitioner demands that the court strike Plaintiff's petition as said document fails to sate facts sufficient to determine jurisdiction.

> "If the pleadings do not contain sufficient facts to affirmatively demonstrate the trial court's jurisdiction but do not affirmatively demonstrate incurable defects in jurisdiction, the issue is one of pleading sufficiency and the plaintiffs should be afforded the opportunity to amend." Miranda, 133 S.W.3d at 226-27 (citing County of Cameron v. Brown, 80 S.W.3d 549, 555 (Tex. 2002)). "If the pleadings affirmatively negate the existence of jurisdiction, then a plea to the jurisdiction may be granted without allowing the plaintiffs an opportunity to amend." Id. at 227.

### E. JURISDICTION NOT WITHIN DISCRETION OF COURT

Petitioner reminds this court that the matter if jurisdiction is not a matter within the discretion of this court.

> "There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215.

> "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.

### F. ACTS BY COURT A NULLITY

Petitioner notices this court that any action taken by the court absent proof of is a nullity.

> "A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.

Jurisdiction is Essential. This court may not proceed until such time as the issue of subject matter jurisdiction have been proven. A failure to do so would amount to a fundamental violation of the due course of the laws and subject this court to potential litigation.

> Subject matter jurisdiction is an essential part of the authority of a court to decide a case, and it is never to be presumed and cannot be waived. Tex. Ass'n of Bus. v. Tex. Air Control Bd., 852 S.W.2d 440, 443-44 (Tex. 1993). The reviewing court determines whether subject matter jurisdiction exists as a question of law, subject to de novo review. Mayhew v. Town of Sunnyvale, 964 S.W.2d 922, 928 (Tex. 1998).

**Tampering and Falsifying A Government Document**

Said parties filed documents with the Tarrant County Clerk that contained statements made under oath that were untrue. The named parties knew, or should have known the above referenced statements were untrue. Said parties intended that the statements on said documents be taken as true and filed same in the public record making said documents govern documents as

the term is intended by Texas Penal Code Section 37.10.   The above parties are, thereby, in criminal violation of Texas Penal Code Section 37.10.

## NOTICE OF REMOVAL

Defendant Pamela Bates her by exercise her civil rights under TITLE 28 § 1441. Removal of civil actions.

(a) GENERALLY.—Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

### FAIR DEBT COLLECTION PRACTICES ACT STATUTORY ESTOPPEL

On 10/15/15 I Pamela Bates mailed out a Dispute of Debt to the Landlord, **IMRAN QURASHI IN WHICH AS OF TODAY** Landlord, **IMRAN QURASHI HAS NOT VALIDATED THE DEBT WHICH HE** is obligated to do so by the Fair Debt Collections Practices Act (FDCPA) at 15 USC 1692 g, the FDCP is US Code 1692, and in paragraph g. Therefore this court has no jurisdiction by Statutory Estoppel.

## PRAYER

Petitioner prays of this court an order of dismissal of the instant action for lack of subject matter jurisdiction.

Respectfully,

*Pamela Bates*                                  _____

**Pamela Bates**

## VERIFICATION

**I, Pamela Bates do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.**

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

**Pamela Bates**

---

## AUTHENTICATION

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal

CLAY ARWINE
Notary Public
STATE OF TEXAS
Commission Expires 12/02/2015

Notary Seal

**NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS**

---

## CERTIFICATE OF SERVICE

I hereby, Pamela Bates, certify that a true and correct copy of above and foregoing has been delivered to the representative or directly to Imran Qurashi

on this the _____ **day of October 2015, by hand delivered a copy to plaintiffs or plaintiffs' Attorney or agent on this Date.**

Pamela Bates

---

Statement of Facts

4 of 5

Pamela Bates
520 Fossil Lake Ct
Arlington, Tx 76002


Imran Qurashi
1912 Laurel Oak Ct
Arlington, TX  76001

☜JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)   PLAINTIFFS**

Farhan Qurashi

**DEFENDANTS**

Pamela Bates

**(b)** County of Residence of First Listed Plaintiff   Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Tarrant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | | | Under Equal Access |
| | Employment | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | **PRISONER PETITIONS** | | ☐ 950 Constitutionality of |
| | Other | ☐ 510 Motions to Vacate | | State Statutes |
| | ☒ 440 Other Civil Rights | Sentence | | |
| | | **Habeas Corpus:** | | |
| | | ☐ 530 General | | |
| | | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Right | | |
| | | ☐ 555 Prison Condition | | |

**PERSONAL INJURY**
☐ 362 Personal Injury -
Med. Malpractice
☐ 365 Personal Injury -
Product Liability
☐ 368 Asbestos Personal
Injury Product
Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
Property Damage
☐ 385 Property Damage
Product Liability

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original
Proceeding
☒ 2 Removed from
State Court
☐ 3 Remanded from
Appellate Court
☐ 4 Reinstated or
Reopened
☐ 5 Transferred from
another district
(specify)
☐ 6 Multidistrict
Litigation
☐ 7 Appeal to District
Judge from
Magistrate
Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 28

Brief description of cause:
Violating Human Rights

**VII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
76,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S)
IF ANY**

(See instructions):

JUDGE  Matt Mayes

DOCKET NUMBER  JP02-15-E00079953

DATE
10/22/15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

In the name and by the authority of

# The State of Texas

2011 JAN 14 PM 3: 09

## OATH OF OFFICE

I, _Matt Hayes_, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of _justice of the Peace Precinct Seven_ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Affiant

SWORN TO and subscribed before me by affiant on this _1st_ day of _January_, _2011_.

_____
Signature of Person Administering Oath

_____
Printed Name

_____
Title

(Seal)

A CERTIFIED COPY.
_4-2_, 20_13_
ATTEST:_____
MARY LOUISE GARCIA, County Clerk
Tarrant County, Texas

BY:_____ Deputy

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI | § | |
| **PLAINTIFF:** | § | |
| | § | CASE NO:_____ |
| -vs.- | § | |
| PAMELA BATES | § | |
| **DEFENDANT** | § | |
| | § | |

## INDEX OF MATERIALS ATTCHED TO NOTICE OF REMOVAL

| NO. | DATE FILED OR ENTERED | DOCUMENT | | |
|---|---|---|---|---|
| A. | 10/19/15 | Index of Materials attached to notice of Removal | | |
| B. | 10/19/15 | ORGINAL PETITION | | |
| | | | | |
| | | | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ 2500.00 | $ | $ | $ |

2.      List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Pams Hair Designs | 520 Fossil Lake Ct. Arlington, TX 76002 | | $ |
| | | | $ |

3.      List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4.      How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Regions Bank | Checking | $ 146.00 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* N/A | $ |
| Other real estate *(Value)* N/A | $ |
| Motor vehicle #1 *(Value)* N/A | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Joshua Ahwia | Son | 23 |
| | | |
| | | |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
       spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
       monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>     Are real estate taxes included?   ☐ Yes  ☒ No<br>     Is property insurance included?  ☐ Yes  ☒ No | $ 1200.00 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 190.00 | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 70.00 | $ N/A |
| Food | $ 250.00 | $ N/A |
| Clothing | $ 50.00 | $ N/A |
| Laundry and dry-cleaning | $ 30.00 | $ N/A |
| Medical and dental expenses | $ 30.00 | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 40.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|      Homeowner's or renter's: | $ 0 | $ N/A |
|      Life: | $ 0 | $ N/A |
|      Health: | $ 30.00 | $ N/A |
|      Motor vehicle: | $ 110.00 | $ N/A |
|      Other:   Cell Phone | $ 100.00 | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments)* (specify): | $ | $ |
| Installment payments |  |  |
|      Motor vehicle: | $ 470.00 | $ N/A |
|      Credit card *(name)*: | $ 0 | $ 0 |
|      Department store *(name)*: | $ 0 | $ 0 |
|      Other:  Sons College Accomadations | $ 700.00 | $ N/A |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 120.00 | $ N/A |
| Other *(specify)*: | $ 0/0 | $ ——— |
| **Total monthly expenses:** | $ 3390.00 | $ N A     0 |

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒ No      If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☒ Yes   ☐ No

If yes, how much?   $ 500.00

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

Loss of income due to lack of work (Slow months)

12.  Identify the city and state of your legal residence.

ARLINGTON, TX

Your daytime phone number:   817-808-6971

Your age: 47   Your years of schooling: 12

Last four digits of your social-security number: 4988

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI | § | |
| **PLAINTIFF:** | § | |
| | § | CASE NO:_____ |
| -vs.- | § | |
| PAMELA BATES | § | |
| **DEFENDANT** | § | |
| | § | |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the defendant PAMELA BATES, hereby and timely removes to this court the state court action described below.

On October the 20th 2015, an action was commenced in the Justice of the Peace Court Precient 7 in Tarrant County, Texas with Judge Matt Hayes presiding, entitled IMRAN QURASHI as Plaintiff vs. PAMELA BATES as Defendant. Case Number# JP07-15-E000779953.

    I.       Defendant was served with a summons on or around October 9th, 2015.

    II.     Pursuant to N. D TEX. Local Rule 81.1 this notice of removal is accompanied by an index of documents filed in State Court (EXHIBIT A)

**III.**     This action is a civil action of which this court has jurisdiction under 28 U.S.C §
1332 , and is one which may be removed to this court which has jurisdiction
**Sec. 1332.          Diversity of citizenship; amount in controversy; costs,**

(a) The district courts shall have original jurisdiction of all civil actions where the
matter in controversy exceeds the sum or value of $75,000, exclusive of interest
and costs because,

**IV.**     <u>The Amount in Controversy Exceeds the Federal Minimum Jurisdiction Requirements</u>

<u>1.</u>   The subject real property has a current fair market value of $144, 28.00 Dollars
according to the Tarrant County Tax Appraisal Office.

<u>2.</u>   The amount in controversy is the value of the object of the litigation. SEE
Leininger v. Leininger, 05F.2d 727,729 (5th cir. 1983)

## V.     Sec. 1331. Federal question

The district courts shall have original jurisdiction because this is a question of the Fair
Debt Collections Practices Act (FDCPA) at 15 USC 1692 g.

Plaintiff was mail certified a dispute of Debt, the Fair Debt Collections Practices Act
(FDCPA) at 15 USC 1692 g, the FDCP is US Code 1692, and in paragraph g. Therefore
this court has jurisdiction. Imran Qurashu has never validated the debt which in fact
creates a Statutory Estoppel.

Wherefore, defendant PAMELA BATES pray that this action be removed to the United
States District Court of TEXAS Fort Worth Division.

Dated: 10/19/15

Respectfully Submitted,

PAMELA BATES

520 Fossil Lake Ct

Arlington TX  76002

By _Pamela Bates_ _____

PAMELA BATES

CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20_____, AT _____

O'CLOCK, _____.M. AND EXECUTED ON THE _____ DAY OF _____, 20_____, AT

_____ O'CLOCK, _____.M. BY DELIVERING TO _____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT(S) FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES    -        SERVING.....  $ _____        * CONSTABLE, PCT. NO. _____
                                                        TARRANT COUNTY, TEXAS
                 COP. ......... $ _____

                 TOTAL........ $ _____
                                                        BY DEPUTY _____

*STRIKE IF NOT APPLICABLE
**********************************************************************************************

**** ORIGINAL CITATION IN EVICTION ****

IN THE JUSTICE COURT                                    ISSUED:  OCTOBER 06, 2015
MATT HAYES
JUSTICE OF THE PEACE, PRECINCT SEVEN                    817-473-5101
1100 EAST BROAD STREET SUITE 202           FAX         817-850-2328
MANSFIELD TEXAS 76063

                        CASE NO. JP07-15-E00079953

PLAINTIFF(S):
     IMRAN QURASHI                  1912 LAUREL OAK CT           HOME: 682-472-8644, WORK:
                                    ARLINGTON TX 76001           682-365-6846

ATTORNEY(S) FOR PLAINTIFF(S):

                                            VS.

DEFENDANT(S):
     PAMELA BATES                   520 FOSSIL LAKE CT
                                    ARLINGTON TX  76002

ATTORNEY(S) FOR DEFENDANT(S):

                                                        DEFENDANT'S
                                                        COPY

**********************************************************************************************

C07      COURT DATE        OCTOBER 20, 2015   AT   9:00 AM

**** ORIGINAL CITATION IN EVICTION ****

THE STATE OF TEXAS

TO:     PAMELA BATES

        520 FOSSIL LAKE CT
        ARLINGTON TX 76002

DEFENDANT(S), GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR AND ANSWER BEFORE ME, JUDGE MATT HAYES, A JUSTICE OF THE PEACE IN AND
FOR PRECINCT SEVEN, AT A HEARING TO BE HELD AT MY OFFICE AT 1100 EAST BROAD STREET SUITE 202  MANSFIELD TEXAS  76063 ON THE
**20TH DAY OF OCTOBER, 2015 AT 9:00 AM**  THEN AND THERE TO ANSWER THE SUIT OF IMRAN QURASHI PLAINTIFF, FILED THE  5TH DAY OF
OCTOBER, 2015, FILE NO. JP07-15-E00079953 SUED UPON:  SEE SWORN PETITION ATTACHED.

PLAINTIFF SUES THE DEFENDANT FOR THE POSSESSION OF THE FOLLOWING DESCRIBED PREMISES SITUATED IN JUSTICE OF THE PEACE
PRECINCT SEVEN, TARRANT COUNTY, TEXAS, AND DESCRIBED AS FOLLOWS, TO-WIT:

        520 FOSSIL LAKE CT
        ARLINGTON TX  76002

TOGETHER WITH ALL IMPROVEMENTS THEREON SITUATED AND ALL COSTS OF SUIT.

**NOTICE TO PARTIES**

YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A
DEFAULT JUDGMENT BEING ENTERED AGAINST YOU.  UPON TIMELY REQUEST, NO LATER THAN 3 DAYS BEFORE THE
DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY.

THIS DATE IS YOUR TRIAL DATE.  ARRANGE TO HAVE ANY EVIDENCE OR WITNESSES YOU WISH THE COURT TO
CONSIDER THERE IN COURT ON THAT DAY.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF
CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT**

THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY
MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE
SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW INCLUDING SECTION
92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP
LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR
LOW-COST LEGAL ASSISTANCE.

**DEMANDA DE DESALOJO**

ESTA DEMANDA DE DESALOJO INVOLUCRA UNA FECHA LIMITE INMEDIATA. UN INQUILINO QUE ESTÁ SIRVIENDO
EN EL EJÉRCITO EN DEBER ACTIVO PUEDE TENER DERECHOS ESPECIALES O ALIVIO RELACIONADO A ESTA
DEMANDA BAJO LAS LEYES FEDERALES, INCLUYENDO EL ACTA DE ALIVIO CIVIL DE MIEMBROS DEL SERVICIO
(50 U.S.C. APP SECCIÓN 501 ET SEQ.), O LEY ESTATAL, INCLUYENDO SECCIÓN 92.017, CODIGO DE PROPIEDAD DE
TEXAS. LLAME A LA ASOCIACIÓN DE ABOGADOS DE TEXAS AL NÚMERO GRATUITO 1-877-9TEXBAR PARA
ASISTENCIA EN LOCALIZAR UN ABOGADO. SI NO PUEDE PAGAR  PARA CONTRATAR A UN ABOGADO, PUEDE QUE
CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O A BAJO-COSTO.

HEREIN FAIL NOT, BUT BE YOU THERE AND THEN AT THE PLACE AND AT THE TIME ABOVE SET FORTH, FAILING WHICH, DEFAULT
JUDGMENT WILL BE RENDERED AGAINST YOU.

GIVEN UNDER MY HAND THIS 6TH DAY OF OCTOBER, 2015.



JUDGE MATT HAYES
A JUSTICE OF THE PEACE IN AND FOR
PRECINCT SEVEN, TARRANT COUNTY, TEXAS

ORIGINAL SIGNED

BY _____
        CLERK OF THE JUSTICE COURT

## SWORN COMPLAINT FOR EVICTION

CASE NO. _____  ☐ **With suit for Rent**   COURT DATE: _____

In the Justice Court, Precinct _____ Tarrant County, Texas

PLAINTIFF _____
            **(Landlord/Property Name)**

VS.

DEFENDANT(S): _____

Rental Subsidy  (if any)   $_____
Tenant's Portion            $_____
**TOTAL MONTHLY RENT**     $_____
The amt. of the rent per day is  $_____

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for eviction of plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:

_____
Street Address        Unit No. (if any)        City        Zip

1. **SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other service of papers address/addresses (if known) are:
_____

2. ☐ **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s):
_____ **TOTAL DELINQUENT RENT AS OF DATE OF FILING IS:** $_____
   Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.

3. ☐ **OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS:** Lease Violations (if other than non-paid rent – list lease violations)_____

4. ☐ **HOLDOVER AS GROUNDS FOR EVICTION:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal of extension period, which was the _____ day of _____, 20____.

5. **NOTICE TO VACATE:** Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the _____ day of _____ and delivered by this method: _____

6. **ATTORNEY'S FEES:** Plaintiff will be ☐ or will NOT be ☐ seeking applicable attorney's fees. Attorney's name, address phone & fax numbers are _____

7. **BOND FOR POSSESSION:** If Plaintiff has filed a bond for possession, plaintiff requests (1) that the amount of plaintiff's bond and defendant's counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that proper notices as required by the Texas Justice Court Rules are given to Defendant(s).

**REQUEST FOR JUDGMENT:** Plaintiff prays that defendant(s) be served with citation and that plaintiff have judgment against defendant(s) for: possession of premises, including removal of defendants and defendants' possessions from the premises, unpaid rent IF set forth above, attorney's fees, court costs, and interest on the above sums at the rate stated in the rental contract, or if not so stated, at the statutory rate for judgments under Civil Statutes Article 5069-1.05.

☐ I give my consent for the answer and any other motions or pleadings to be sent to my email address which is: _____

_____
Petitioner's Printed Name

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH: _____
*LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____
DEFENDANT'S PHONE NUMBER: _____

_____
Signature of Plaintiff (Landlord/Property Owner) or Agent

_____
Address of Plaintiff (Landlord/Property Owner) or Agent

_____
City        State        Zip

Phone & Fax No. of Plaintiff (Landlord/Property Owner) or agent

Sworn to and subscribed before me this _____ day of _____, 20____.

JP Court Petn.  Rev. 6/2013

_____
CLERK OF THE JUSTICE COURT OR NOTARY

DOCKET NO.

## AFFIDAVIT
### SERVICEMEMBERS CIVIL RELIEF ACT SEC. 201 (b)

**PLAINTIFF BEING DULY SWORN ON HIS OATH DEPOSES AND SAYS UNDER PENALTY OF PERJURY THAT DEFENDANT**

#### (PLAINTIFF – PLEASE SELECT ONE)

____ *IS* IN THE MILITARY SERVICE AND *ON* ACTIVE DUTY IN A FOREIGN COUNTRY

**OR**

____ *IS* IN THE MILITARY SERVICE AND *NOT* ON ACTIVE DUTY IN A FOREIGN COUNTRY

**OR**

____ *IS NOT* IN THE MILITARY SERVICE

**OR**

____ PLAINTIFF IS UNABLE TO DETERMINE WHETHER OR NOT DEFENDANT IS IN MILITARY SERVICE

_____

_____
PLAINTIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF
_____, 20_____.

_____
CLERK OF THE JUSTICE COURT
NOTARY PUBLIC IN AND FOR STATE OF TEXAS
(STRIKE ONE)

Penalty for making or using false affidavit – A person who makes or uses an affidavit knowing to be false, shall be fined as provided in title 18 United States Code, or imprisoned for not more than one year, or both.

JP-432 Rev. 7/10

Supplemental Civil Cover Sheet
Page 1 of 2

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.  **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    | --- | --- |
    | Justice of the Peace Precinct 7 Tarrant County | JP07-15-E000 7995 3 |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    | --- | --- |
    | Imran Qurashi    Plaintiff | |
    | Pamela Bates    Defendant | |

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?   ☐ Yes   ☒ No

    If "*Yes*," by which party and on what date?

    _____     _____
    Party                                            Date

Supplemental Civil Cover Sheet
Page 2 of 2

4. **Answer:**

Was an Answer made in State Court?   ☑ Yes          ☐ No

If "*Yes*," by which party and on what date?

*10-19-15    Defendant*          _____
Party                                    Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|-------|--------------------------|
|       |                          |
|       |                          |
|       |                          |
|       |                          |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|-------|--------|
|       |        |
|       |        |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|
| Pamela Bates | Possession of property |
| Jadean Qurashi | Possession of property |

*Exhibit A*

CAUSE NO: JP07- 15-E00079953

EVIDENCE

| | |
|---|---|
| IMRAN QURASHI | JUSTICE OF THE PEACE |
| PLAINTIFF | PRECINT 7 |
| - V - | TARRANT COUNTY,  TEXAS |
| PAMELA BATES | JUDGE MATT HAYES |
| DEFENDANT | |

# AFFIDAVIT OF FACTS

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned,

And, after being duly sworn, deposed and states under oath, as follows:

1.  I am over the age of (18); I have not been convicted of a crime of moral turpitude and have personal firsthand knowledge of the facts contained in this affidavit.

1

2.  Landlord is charging late fees on the 2nd day of the month which is against Texas Property Code §92.019 which prohibits assessing a late fee until rent has remained unpaid for atleast one full day after the date on which the rent is due.

3.  Landlord which charging $25.00 Dollar Late Fee on the second day and then $25.00 per day afterwards.

4.  I Pamela Bates, a natural living soul, I am stating that the Landlord Imran Qurashi sworn compliant is not true.

### CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the above foregoing Affidavit of Facts has been served upon the following Defendants by regular mail and certified mail, Return receipt requested, on this 19 Day of October 2015.


I hereby swear or affirm, under penalty of perjury, that all information on this affidavit is true and correct.

Pamela Bates _____  Date 10/19/15

Signature

Subscribed and sworn to before me by _Pamela Bates_ on the

_19_ day of _OCT_, _2015_. Witness my hand and official seal.

My commission expires: _12-2-15_ _____

Notary Public

CLAY ARWINE
Notary Public
STATE OF TEXAS
Commission Expires 12/02/2015

Pamela Bates

520 Fossil Lake Ct

Arlington, Tx 76002


Imran Qurashi

1912 Laurel Oak Ct

Arlington, TX 76001

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### *FORT WORTH DIVISION*

IMRAN QURASHI
Plaintiff

v.

Civil Action No.

PAMELA BATES
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,
PAMELA BATES- DEFENDANT

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any
publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations,
guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are
financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

IMRAN QURASHI, PAMELA BATES, TARRANT COUNTY  TEXAS, JUSTICE OF THE
PEACE PRECINCT 7

Date:

Signature: _Pamela Bates_

Print Name: _____

Bar Number: _____

Address: _____

City, State, Zip: _____

Telephone: _____

Fax: _____

E-Mail: _____

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

CAUSE NO: JP07- 15-E00079953

EVIDENCE

IMRAN QURASHI
PLAINTIFF
- V -
PAMELA BATES
DEFENDANT

JUSTICE OF THE PEACE
PRECINT 7
TARRANT COUNTY,  TEXAS
JUDGE MATT HAYES

## CHALLENGE TO SUBJECT MATTER JURISDICTION

Comes now Pamela Bates Defendant, and files this, her Special Appearance, Defendant's Original Answer, and General and Verified Denial and Demand for Strict Proof, , and Challenge To Jurisdiction, and in support would show:

### Challenge to Subject Matter Jurisdiction

### A.    CHALLENGE IS TIMELY
This instant challenge to the subject matter jurisdiction of this court is timely raise.

Subject-matter jurisdiction cannot be waived, and it may be raised at any point in the proceeding. Alfonso v. Skadden, 251 S.W.3d 52, 55 (Tex. 2008) (per curiam); OAIC Commercial Assets, L.L.C. v. Stonegate Village, L.P., 234 S.W.3d 726, 735 (Tex. App.-Tarrant  2007, pet. denied).

Subject-matter jurisdiction cannot be waived, and can be raised at any time. Univ. of Tex. Sw. Med. Ctr. at Tarrant   v. Loutzenhiser, 140 S.W.3d 351, 358 (Tex. 2004). Because the trial court lacked subject-matter jurisdiction to enter the custody provisions in the 1999 divorce decree, it properly refused to enforce that portion of the decree here.

### B. CHALLENGE NEGATES JURISDICTION
By the above, defendant challenges the subject matter jurisdiction of this court.  Therefore, this court now is without jurisdiction.

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." Melo v. US, 505 F2d 1026.

Statement of Facts

1 of 5

### C. COURT MUST PROVE JURISDICTION

Petitioner demands that this court prove up its authority to rule in the instant matter.

> Subject matter jurisdiction is an essential part of the authority of a court to decide a case, and it is never to be presumed and cannot be waived. Tex. Ass'n of Bus. v. Tex. Air Control Bd., 852 S.W.2d 440, 443-44 (Tex. 1993). The reviewing court determines whether subject matter jurisdiction exists as a question of law, subject to de novo review. Mayhew v. Town of Sunnyvale, 964 S.W.2d 922, 928 (Tex. 1998).

### D. PETITIONER INSUFFICIENT TO ESTABLISH JURISDICTION

Petitioner demands that the court strike Plaintiff's petition as said document fails to sate facts sufficient to determine jurisdiction.

> "If the pleadings do not contain sufficient facts to affirmatively demonstrate the trial court's jurisdiction but do not affirmatively demonstrate incurable defects in jurisdiction, the issue is one of pleading sufficiency and the plaintiffs should be afforded the opportunity to amend." Miranda, 133 S.W.3d at 226-27 (citing County of Cameron v. Brown, 80 S.W.3d 549, 555 (Tex. 2002)). "If the pleadings affirmatively negate the existence of jurisdiction, then a plea to the jurisdiction may be granted without allowing the plaintiffs an opportunity to amend." Id. at 227.

### E. JURISDICTION NOT WITHIN DISCRETION OF COURT

Petitioner reminds this court that the matter if jurisdiction is not a matter within the discretion of this court.

> "There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215.

> "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.

### F. ACTS BY COURT A NULLITY

Petitioner notices this court that any action taken by the court absent proof of is a nullity.

> "A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.

Jurisdiction is Essential. This court may not proceed until such time as the issue of subject matter jurisdiction have been proven. A failure to do so would amount to a fundamental violation of the due course of the laws and subject this court to potential litigation.

> Subject matter jurisdiction is an essential part of the authority of a court to decide a case, and it is never to be presumed and cannot be waived. Tex. Ass'n of Bus. v. Tex. Air Control Bd., 852 S.W.2d 440, 443-44 (Tex. 1993). The reviewing court determines whether subject matter jurisdiction exists as a question of law, subject to de novo review. Mayhew v. Town of Sunnyvale, 964 S.W.2d 922, 928 (Tex. 1998).

**Tampering and Falsifying A Government Document**

Said parties filed documents with the Tarrant County Clerk that contained statements made under oath that were untrue. The named parties knew, or should have known the above referenced statements were untrue. Said parties intended that the statements on said documents be taken as true and filed same in the public record making said documents govern documents as

the term is intended by Texas Penal Code Section 37.10.   The above parties are, thereby, in criminal violation of Texas Penal Code Section 37.10.

## **NOTICE OF REMOVAL**

Defendant Pamela Bates her by exercise her civil rights under TITLE 28 § 1441. Removal of civil actions.

(a) GENERALLY.—Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

### **FAIR DEBT COLLECTION PRACTICES ACT STATUTORY ESTOPPEL**

On 10/15/15 I Pamela Bates mailed out a Dispute of Debt to the Landlord, **IMRAN QURASHI IN WHICH AS OF TODAY** Landlord, **IMRAN QURASHI HAS NOT VALIDATED THE DEBT WHICH HE** is obligated to do so by the Fair Debt Collections Practices Act (FDCPA) at 15 USC 1692 g, the FDCP is US Code 1692, and in paragraph g. Therefore this court has no jurisdiction by Statutory Estoppel.

## **PRAYER**

Petitioner prays of this court an order of dismissal of the instant action for lack of subject matter jurisdiction.

**Respectfully,**

*Pamela Bates*

_____

**Pamela Bates**

### VERIFICATION

**I, Pamela Bates do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.**
The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.
Witness my hand and official seal.

**Pamela Bates**

## AUTHENTICATION

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.
I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal

CLAY ARWINE
Notary Public
STATE OF TEXAS
Commission Expires 12/02/2015

Notary Seal

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby, Pamela Bates, certify that a true and correct copy of above and foregoing has been delivered to the representative or directly to Imran Qurashi
**on this the _____ day of October 2015, by hand delivered a copy to plaintiffs or plaintiffs' Attorney or agent on this Date.**

Pamela Bates

Pamela Bates
520 Fossil Lake Ct
Arlington, Tx 76002


Imran Qurashi
1912 Laurel Oak Ct
Arlington, TX  76001

℆JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| *Farran Qurashi* | *Pamela Bates* |

| (b) County of Residence of First Listed Plaintiff *Tarrant* | County of Residence of First Listed Defendant *Tarrant* |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 362 Personal Injury - Med. Malpractice | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*Title 42 Title 28*

Brief description of cause:
*Violating Human Rights*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ *76,000.00*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE *Matt Hayes*

DOCKET NUMBER *JP02-15- E0007995-3*

DATE *10-20-15*

SIGNATURE OF ATTORNEY OF RECORD

---

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

In the name and by the authority of

# The State of Texas

2011 JAN 14 PM 3: 09

## OATH OF OFFICE

I, ___Matt Hayes_____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of ___justice___ ___of the Peace Precinct Seven___ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
**Affiant**

SWORN TO and subscribed before me by affiant on this ___1st___ day of ___January___, ___2011___.

_____
**Signature of Person Administering Oath**

_____
**Printed Name**

(Seal)

_____
**Title**

A CERTIFIED COPY.
ATTEST:_____, 20____
MARY LOUISE GARCIA, County Clerk
Tarrant County, Texas
BY:_____ Deputy

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI | § | |
| **PLAINTIFF:** | § | |
| | § | CASE NO:_____ |
| -vs.- | § | |
| PAMELA BATES | § | |
| **DEFENDANT** | § | |
| | § | |

## INDEX OF MATERIALS ATTCHED TO NOTICE OF REMOVAL

| NO. | DATE FILED OR ENTERED | DOCUMENT | | |
|---|---|---|---|---|
| A. | 10/19/15 | Index of Materials attached to notice of Removal | | |
| B. | 10/19/15 | ORGINAL PETITION | | |
| | | | | |
| | | | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ 2500.00 | $ | $ | $ |

2.     List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Pams Hair Designs | 520 Fossil Lake Ct. Arlington, TX 76002 | | $ |
| | | | $ |

3.     List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4.     How much cash do you and your spouse have? $ _____

       Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Regions Bank | Checking | $ 146.00 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | N/A | $ |
| Other real estate *(Value)* | N/A | $ |
| Motor vehicle #1 *(Value)* | N/A | $ |
| Make and year: | ll | |
| Model: | ll | |
| Registration #: | ll | |
| Motor vehicle #2 *(Value)* | ll | $ |
| Make and year: | ll | |
| Model: | ll | |
| Registration #: | ll | |
| Other assets *(Value)* | ll | $ |
| Other assets *(Value)* | | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Joshua Ahwia | Son | 23 |
| | | |
| | | |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☐ Yes  ☒ No <br> Is property insurance included?  ☐ Yes  ☒ No | $ 1200.00 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 190.00 | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 70.00 | $ N/A |
| Food | $ 250.00 | $ N/A |
| Clothing | $ 50.00 | $ N/A |
| Laundry and dry-cleaning | $ 30.00 | $ N/A |
| Medical and dental expenses | $ 30.00 | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 40.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ 0 | $ N/A |
|    Life: | $ 0 | $ N/A |
|    Health: | $ 30.00 | $ N/A |
|    Motor vehicle: | $ 110.00 | $ N/A |
|    Other: Cell Phone | $ 100.00 | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|    Motor vehicle: | $ 470.00 | $ N/A |
|    Credit card *(name)*: | $ 0 | $ 0 |
|    Department store *(name)*: | $ 0 | $ 0 |
|    Other: Sons College Accomadations | $ 700.00 | $ N/A |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | 120.00 | $ | N/A |
| Other *(specify)*: | $ | N/A | $ | |
| Total monthly expenses: | $ | 3390.00 | $ | N/A |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes  ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☒ Yes  ☐ No
If yes, how much?  $ 500.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

Loss of income due to lack of work (Slow months)

12. Identify the city and state of your legal residence.

Arlington, TX

Your daytime phone number:  817-808-6971
Your age:  47   Your years of schooling:  12
Last four digits of your social-security number:  4988

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI | § | |
| **PLAINTIFF:** | § | |
| | § | CASE NO:_____ |
| -vs.- | § | |
| PAMELA BATES | § | |
| **DEFENDANT** | § | |
| | § | |

## NOTICE OF REMOVAL

### TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the defendant PAMELA BATES, hereby and timely removes to this court the state court action described below.

On October the 20th 2015, an action was commenced in the Justice of the Peace Court Precient 7 in Tarrant County, Texas with Judge Matt Hayes presiding, entitled IMRAN QURASHI as Plaintiff vs. PAMELA BATES as Defendant. Case Number# JP07-15-E000779953.

I.     Defendant was served with a summons on or around October 9th, 2015.

II.    Pursuant to N. D TEX. Local Rule 81.1 this notice of removal is accompanied by an index of documents filed in State Court (EXHIBIT A)

III.   This action is a civil action of which this court has jurisdiction under 28 U.S.C §
1332 , and is one which may be removed to this court which has jurisdiction
**Sec. 1332.        Diversity of citizenship; amount in controversy; costs.**

(a) The district courts shall have original jurisdiction of all civil actions where the
matter in controversy exceeds the sum or value of $75,000, exclusive of interest
and costs because,

IV.    <u>The Amount in Controversy Exceeds the Federal Minimum Jurisdiction Requirements</u>

<u>1.</u>   The subject real property has a current fair market value of $144, 28.00 Dollars
according to the Tarrant County Tax Appraisal Office.


<u>2.</u>   The amount in controversy is the value of the object of the litigation. SEE
Leininger v. Leininger, 05F.2d 727,729 (5th cir. 1983)


## V.    Sec. 1331. Federal question

The district courts shall have original jurisdiction because this is a question of the Fair
Debt Collections Practices Act (FDCPA) at 15 USC 1692 g.

Plaintiff was mail certified a dispute of Debt, the Fair Debt Collections Practices Act
(FDCPA) at 15 USC 1692 g, the FDCP is US Code 1692, and in paragraph g. Therefore
this court has jurisdiction. Imran Qurashu has never validated the debt which in fact
creates a Statutory Estoppel.

Wherefore, defendant PAMELA BATES pray that this action be removed to the United
States District Court of TEXAS Fort Worth Division.


Dated: 10/19/15

Respectfully Submitted,

PAMELA BATES

520 Fossil Lake Ct

Arlington TX  76002

By _Pamela Bates_ _____

PAMELA BATES

CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20 _____, AT _____

O'CLOCK, _____.M. AND EXECUTED ON THE _____ DAY OF _____, 20_____, AT

_____ O'CLOCK, _____.M. BY DELIVERING TO _____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT(S) FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES   -        SERVING..... $ _____        * CONSTABLE, PCT. NO. _____
                                                      TARRANT COUNTY, TEXAS
                COP. ......... $ _____

                TOTAL........ $ _____
                                                      BY DEPUTY_____

*STRIKE IF NOT APPLICABLE
*********************************************************************************************

#### **** ORIGINAL CITATION IN EVICTION ****

IN THE JUSTICE COURT                              ISSUED:  OCTOBER 06, 2015
MATT HAYES
JUSTICE OF THE PEACE, PRECINCT SEVEN              817-473-5101
1100 EAST BROAD STREET SUITE 202         FAX     817-850-2328
MANSFIELD TEXAS 76063
                          CASE NO.  JP07-15-E00079953
PLAINTIFF(S):
    IMRAN QURASHI              1912 LAUREL OAK CT       HOME: 682-472-8644, WORK:
                               ARLINGTON TX 76001       682-365-6846
ATTORNEY(S) FOR PLAINTIFF(S):

                                           VS.

DEFENDANT(S):
    PAMELA BATES               520 FOSSIL LAKE CT
                               ARLINGTON TX 76002

ATTORNEY(S) FOR DEFENDANT(S):

*********************************************************************************************
C07     COURT DATE        OCTOBER 20, 2015  AT   9:00 AM

**** ORIGINAL CITATION IN EVICTION ****

THE STATE OF TEXAS

TO:     PAMELA BATES

        520 FOSSIL LAKE CT
        ARLINGTON TX 76002

DEFENDANT(S), GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR AND ANSWER BEFORE ME, JUDGE MATT HAYES, A JUSTICE OF THE PEACE IN AND
FOR PRECINCT SEVEN, AT A HEARING TO BE HELD AT MY OFFICE AT 1100 EAST BROAD STREET SUITE 202 MANSFIELD TEXAS 76063 ON THE
**20TH DAY OF OCTOBER, 2015 AT 9:00 AM** THEN AND THERE TO ANSWER THE SUIT OF IMRAN QURASHI PLAINTIFF, FILED THE 5TH DAY OF
OCTOBER, 2015, FILE NO. JP07-15-E00079953 SUED UPON: SEE SWORN PETITION ATTACHED.

PLAINTIFF SUES THE DEFENDANT FOR THE POSSESSION OF THE FOLLOWING DESCRIBED PREMISES SITUATED IN JUSTICE OF THE PEACE
PRECINCT SEVEN, TARRANT COUNTY, TEXAS, AND DESCRIBED AS FOLLOWS, TO-WIT:

                    520 FOSSIL LAKE CT
                    ARLINGTON TX 76002

TOGETHER WITH ALL IMPROVEMENTS THEREON SITUATED AND ALL COSTS OF SUIT.

### NOTICE TO PARTIES
YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A
DEFAULT JUDGMENT BEING ENTERED AGAINST YOU.  UPON TIMELY REQUEST, NO LATER THAN 3 DAYS BEFORE THE
DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY.

THIS DATE IS YOUR TRIAL DATE.  ARRANGE TO HAVE ANY EVIDENCE OR WITNESSES YOU WISH THE COURT TO
CONSIDER THERE IN COURT ON THAT DAY.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF
CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

### SUIT TO EVICT
THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY
MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE
SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW INCLUDING SECTION
92.017, TEXAS PROPERTY CODE.  CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP
LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR
LOW-COST LEGAL ASSISTANCE.

### DEMANDA DE DESALOJO
ESTA DEMANDA DE DESALOJO INVOLUCRA UNA FECHA LIMITE INMEDIATA. UN INQUILINO QUE ESTÁ SIRVIENDO
EN EL EJÉRCITO EN DEBER ACTIVO PUEDE TENER DERECHOS ESPECIALES O ALIVIO RELACIONADO A ESTA
DEMANDA BAJO LAS LEYES FEDERALES, INCLUYENDO EL ACTA DE ALIVIO CIVIL DE MIEMBROS DEL SERVICIO
(50 U.S.C. APP SECCIÓN 501 ET SEQ.), O LEY ESTATAL, INCLUYENDO SECCIÓN 92.017, CODIGO DE PROPIEDAD DE
TEXAS. LLAME A LA ASOCIACIÓN DE ABOGADOS DE TEXAS AL NÚMERO GRATUITO 1-877-9TEXBAR PARA
ASISTENCIA EN LOCALIZAR UN ABOGADO. SI NO PUEDE PAGAR PARA CONTRATAR A UN ABOGADO, PUEDE QUE
CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O A BAJO-COSTO.

HEREIN FAIL NOT, BUT BE YOU THERE AND THEN AT THE PLACE AND AT THE TIME ABOVE SET FORTH, FAILING WHICH, DEFAULT
JUDGMENT WILL BE RENDERED AGAINST YOU.

GIVEN UNDER MY HAND THIS 6TH DAY OF OCTOBER, 2015.



JUDGE MATT HAYES
A JUSTICE OF THE PEACE IN AND FOR
PRECINCT SEVEN, TARRANT COUNTY, TEXAS

ORIGINAL SIGNED
BY _____
CLERK OF THE JUSTICE COURT

**SWORN COMPLAINT FOR EVICTION**

CASE NO. _____     ☐ **With suit for Rent**     COURT DATE: _____

PLAINTIFF _____

(Landlord/Property Name)

VS.

DEFENDANT(S): _____

In the Justice Court, Precinct _____ Tarrant County, Texas

Rental Subsidy  (if any)        $_____
Tenant's Portion                $_____
**TOTAL MONTHLY RENT**          $_____
The amt. of the rent per day is $_____

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for eviction of plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:

_____

Street Address        Unit No. (If any)        City        Zip

1.  **SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other service of papers address/addresses (if known) are: _____

2.  ☐ **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s): _____ **TOTAL DELINQUENT RENT AS OF DATE OF FILING IS:** $ _____
    Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.

3.  ☐ **OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS:** Lease Violations (if other than non-paid rent – list lease violations) _____

4.  ☐ **HOLDOVER AS GROUNDS FOR EVICTION:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal of extension period, which was the _____ day of _____, 20 ___

5.  **NOTICE TO VACATE:** Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the _____ day of _____ and delivered by this method: _____

6.  **ATTORNEY'S FEES:** Plaintiff will be ☐ or will NOT be ☐ seeking applicable attorney's fees. Attorney's name, address phone & fax numbers are _____

7.  ☐ **BOND FOR POSSESSION:** If Plaintiff has filed a bond for possession, plaintiff requests (1) that the amount of plaintiff's bond and defendant's counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that proper notices as required by the Texas Justice Court Rules are given to Defendant(s).

**REQUEST FOR JUDGMENT:** Plaintiff prays that defendant(s) be served with citation and that plaintiff have judgment against defendant(s) for: possession of premises, including removal of defendants and defendants' possessions from the premises, unpaid rent IF set forth above, attorney's fees, court costs, and interest on the above sums at the rate stated in the rental contract, or if not so stated, at the statutory rate for judgments under Civil Statutes Article 5069-1.05.

☐ I give my consent for the answer and any other motions or pleadings to be sent to my email address which is:

_____

_____

Petitioner's Printed Name

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH: _____
*LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____
DEFENDANT'S PHONE NUMBER: _____

Signature of Plaintiff (Landlord/Property Owner) or Agent
_____

Address of Plaintiff (Landlord/Property Owner) or Agent
_____

City        State        Zip

Phone & Fax No. of Plaintiff (Landlord/Property Owner or agent

Sworn to and subscribed before me this _____ day of _____ 20 ___

JP Evict Petn. Rev 6/2013

CLERK OF THE JUSTICE COURT OR NOTARY

DOCKET NO.

**AFFIDAVIT**
**SERVICEMEMBERS CIVIL RELIEF ACT SEC. 201 (b)**

PLAINTIFF BEING DULY SWORN ON HIS OATH DEPOSES AND SAYS UNDER
PENALTY OF PERJURY THAT DEFENDANT

**(PLAINTIFF – PLEASE SELECT ONE)**

\_\_\_\_    _IS_ IN THE MILITARY SERVICE AND _ON_ ACTIVE DUTY IN A FOREIGN
COUNTRY

**OR**

\_\_\_\_    _IS_ IN THE MILITARY SERVICE AND _NOT_ ON ACTIVE DUTY IN A FOREIGN
COUNTRY

**OR**

\_\_\_\_    _IS NOT_ IN THE MILITARY SERVICE

**OR**

\_\_\_\_    PLAINTIFF IS UNABLE TO DETERMINE WHETHER OR NOT
DEFENDANT IS IN MILITARY SERVICE

_____

PLAINTIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF
_____, 20_____.

_____
CLERK OF THE JUSTICE COURT
NOTARY PUBLIC IN AND FOR STATE OF TEXAS
(STRIKE ONE)

Penalty for making or using false affidavit – A person who makes or uses an
affidavit knowing to be false, shall be fined as provided in title 18 United States
Code, or imprisoned for not more than one year, or both.

JP-432 Rev 7/10

Supplemental Civil Cover Sheet
Page 1 of 2

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| Justice of the Peace Precinct 7 Tarant County | JP07-15-E000 7995 3 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Imran Qurashi   Plaintiff | |
| Pamela Bates   Defendant | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☐ Yes   ☑ No

   If *"Yes,"* by which party and on what date?

   _____        _____
   Party                                               Date

Supplemental Civil Cover Sheet
Page 2 of 2

4.  **Answer:**

Was an Answer made in State Court?   ☑ Yes          ☐ No

If "*Yes*," by which party and on what date?

_10-19-15     Defendant_          _____
Party                                         Date

5.  **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|-------|--------------------------|
|       |                          |
|       |                          |
|       |                          |
|       |                          |

6.  **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|-------|--------|
|       |        |
|       |        |

7.  **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|
| Pamela Bates | Possession of property |
| Imran Qurashi | Possession of property |