

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IMRAN QURASHI | § |
| | § |
| VS. | § CIVIL NO.4:15-CV-784-A |
| | § |
| PAMELA BATES | § |

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND, DIRECTING PAYMENT OF THE FULL FILING AND ADMINISTRATIVE FEES

This action was initiated when the removing party Pamela Bates removed this action from the Justice of the Peace Court in case number JP07-15-E00079953. She has now filed a long-form motion/application to proceed in forma pauperis.

The motion/application includes the income and asset information for removing party Bates. A review of the financial information submitted in the motion/application shows that Pamela Bates receives $2,500 a month in employment income.(Doc. 7, at 1-2.) Bates has one dependant. The applicable poverty guideline for a family of two is $15,930. At $2,500 a month, Bates's annual income is $30,000, far above the poverty level. The information in this application thus shows that the removing party has sufficient resources available to pay the applicable fees. Thus, after review and consideration of the motion/application to proceed in forma pauperis, the court finds that it should be denied. Therefore,

The court ORDERS that the motion/application to proceed in forma pauperis [docket no. 7] be, and is hereby, DENIED.

The court further ORDERS that if the removing party Pamela Bates wishes to proceed with this action, she must pay to the clerk

of Court the filing and administrative fees of $400.00[1] within **seven (7)** days of the date of this order. Bates is advised that failure to timely pay the full filing and administrative fees to the clerk of Court could result in the dismissal or remand of this action without further notice pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED November 3, 2015.

_____
JOHN H. McBRYDE
United States District Judge

---

[1] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule, effective May 1, 2013, requires payment of an administrative fee for filing a civil action in district court of $50. See 28 U.S.C.§ 1914(a) and District Court Miscellaneous Fee Schedule, note 14.

-2-