IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI | § | |
| | § | |
| VS. | § | CIVIL NO.4:15-CV-784-A |
| | § | |
| PAMELA BATES | § | |

ORDER GRANTING MOTION TO EXTEND TIME
TO PAY FULL FILING AND ADMINISTRATIVE FEES

By order filed November 3, 2015, this Court denied removing party Pamela Bates's motion to proceed in forma pauperis and directed her to pay the full filing and administrative fees totaling $400 by November 10. Bates has now filed a motion for enlargement of time to pay the fees. After review and consideration of this motion, the Court finds that Bates is entitled to an extension. Therefore,

The court ORDERS that the motion to extend time (docket no. 9) is GRANTED, such that the time for Pamela Bates to pay the filing and administrative fees of $400 be, and is hereby, extended until November 24, 2015. Bates is advised that failure to timely submit the applicable fees by November 24 could result in dismissal or remand of this action without further notice pursuant to Federal Rule of Civil Procedure 41(b).[1]

Signed November 9, 2015.

JOHN H. McBRYDE
United States District Judge

---

[1] See Hickerson v. Christian, 283 F. App'x. 251 (5th Cir. 2008)(A district court may sua sponte dismiss an action for failure to prosecute under Rule 41(b)); see also Link v. Wabash R. Co., 370 U.S. 626 (1962)(a court may dismiss for lack of prosecution under its inherent authority).