IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IMRAN QURASHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-784-A |
| | § | |
| PAMELA BATES, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT OF REMAND

Consistent with the order of remand signed this date,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, remanded back to the state court from which it was removed.

SIGNED November 25, 2015.

_____
JOHN McBRYDE
United States District Judge