# United States District Court

Northern District of Texas

Karen Mitchell  
Clerk of Court

November 25, 2015

Fort Worth Division

Justice Court, Precinct 7  
1100 East Broad Street, Suite 202  
Mansfield, Texas 76063

RE: Final Judgment of Remand

Style: 4:15-CV-784-A

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the Justice of the Peace, Precinct 7, JP07-15-E00079953 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at 817-850-6601.

Sincerely,  
Karen Mitchell, Clerk

By: T. Schroeder  
Deputy Clerk

Enclosure  Certified Copies: Memorandum Opinion and Order; Final Judgment of Remand, Docket Sheet

cc: